UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| V. | * | Cr. No.   MJG-15-322 |
| **MATTHEW HIGHTOWER, ET AL.** | * | |
| **Defendant** | * | |
| For:   **MATTHEW HIGHTOWER** | * | |
| | * | |

## DEFENDANT MATTHEW HIGHTOWER'S TWO ADDITIONAL VOIR DIRE REQUESTS

Matthew Hightower, by his undersigned counsel, Richard Bardos, Of Counsel, Schulman, Hershfield & Gilden, P.A., hereby submits a request that the Court ask the following two additional questions of the jury panel in voir dire.   The Government advises that it does not object to these questions being asked.

1.   Do you have any strong feelings about the presence of guns or weapons in our society that could affect your ability to render a fair and impartial verdict in this case?   Are you a member of any organization that promotes either gun rights, such as the National Rifle Association or gun control, such as Ceasefire USA?

2.   In any criminal case, it is the Government's burden to prove the charges beyond a reasonable doubt.   A defendant has no burden to prove his innocence and is presumed innocent until proven otherwise beyond a reasonable doubt.   Do you have any strong opinions about the burdens of proof in criminal cases that would prevent you from rendering a fair and impartial verdict in this case?

Respectfully submitted,

_____/s/_____
Richard Bardos
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th of August, 2016, a copy of the foregoing Objections and Requests was served electronically by email to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201 and all defense counsel.

_____/s/_____
Richard Bardos