Matthew Hightower
401 E. Madison St.
Baltimore, MD 21202

RE: MJG-15-322                                        7/12/18

Dear District Court Clerk,

It is my understanding that Judge Marvin J. Garbis has retired for medical reasons and I am requesting to know who is my case is assigned to now.

Thank you

Matthew Hightower