IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.  GJH-15-322 |
| | * | |
| MATTHEW HIGHTOWER | * | |
| | * | |
| | * | |

**MOTION TO DISMISS THREE HEALTH CARE FRAUD
RELATED COUNTS IN THIRD SUPERSEDING INDICTMENT**

COMES NOW the United States of America, by and through undersigned counsel, and moves to dismiss the three remaining Counts, as well as the Forfeiture Allegation, pending against the defendant in the third superseding indictment filed on June 21, 2016, specifically: Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 1349 (Count One); Health Care Fraud, in violation of 18 U.S.C. § 1347 (Count Two); and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a) (Count Three), pursuant to Rule 48(a). Fed.R.Crim.P. 48(a). In support thereof, the government states as follows:

On June 3, 2015, a federal grand jury indicted Matthew Hightower ("the defendant"), Harry Crawford ("Crawford"), and Elma Myles ("Myles") in a three-count indictment with Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 1349, Health Care Fraud, in violation of 18 U.S.C. § 1347, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

On February 23, 2016, the grand jury returned a first superseding indictment, which increased the number of counts to twelve and added charges related to Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371, and Failure to File Tax Returns, in violation of 26 U.S.C. § 7203.

On April 19, 2016, the grand jury returned a second superseding indictment against the

1

defendant and Crawford charging both in Counts Thirteen (Collection of Extensions of Credit by Extortion, in violation of 18 U.S.C. § 894), and Fourteen (Use of Interstate Facilities for Extortion Resulting in Death, in violation of 18 U.S.C. § 1952).

On May 20, 2016, the court severed Counts Thirteen and Fourteen, the extortion charges. As a result, on June 21, 2016, the government obtained two separate third superseding indictments: one which charged the defendant, as well as Crawford and Myles, with the counts related to health care fraud, identity theft, and failure to file tax returns. That third superseding indictment contained twelve counts, and the defendant was charged in Counts One through Three, and was also named in the Forfeiture Allegation. The second third superseding indictment charged the defendant and Crawford with the two extortion-related offenses, i.e. violation of 18 U.S.C. § 894 (Count One) and violation of 18 U.S.C. § 1952 (Count Two).

The extortion charges pending in the third superseding indictment against the defendant (Collection of Extension of Credit by Extortion, in violation of 18 U.S.C. § 894, and Use of Interstate Facilities for Extortion Resulting in Death, 18 U.S.C. § 1952) went to trial on September 12, 2016; on September 21, 2016, the jury convicted the defendant on both counts. On November 30, 2016, the defendant was sentenced to 380 months of imprisonment and five years of supervised release.

The defendant appealed the conviction and sentence. The three remaining health care fraud related counts in the other third superseding indictment remained in pending status with no trial date set. However, during conference calls,[1] the Court made it clear that its position was that trial on those remaining counts would be a waste of judicial resources in the event the Fourth Circuit affirmed the convictions and sentence imposed for the extortion related counts.

---

1 On June 27, 2018, this matter was reassigned to U.S. District Court Judge George J. Hazel. Conference calls referenced herein occurred prior to this transfer.

2

On March 12, 2018, the Fourth Circuit, in an unpublished per curiam opinion, affirmed the convictions and the sentence imposed for the Collection of Extension of Credit by Extortion, in violation of 18 U.S.C. § 894, and Use of Interstate Facilities for Extortion Resulting in Death, 18 U.S.C. § 1952.

Therefore, the government now moves to dismiss the three remaining Counts, as well as the Forfeiture Allegation, pending against the defendant in the other superseding indictment filed on June 21, 2016, specifically: Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 1349 (Count One); Health Care Fraud, in violation of 18 U.S.C. § 1347 (Count Two); and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a) (Count Three), pursuant to Rule 48(a). Fed.R.Crim.P. 48(a).

        Respectfully submitted,

        ROBERT K. HUR
        United States Attorney

By: _____/s/_____
        Sandra Wilkinson
        Judson T. Mihok
        Assistant United States Attorneys
        36 S. Charles Street, 4th Floor
        Baltimore, Maryland 21201
        (410) 209-4800