From:   Matthew Hightower
        Reg. #40293-037
        F.C.I. Hazelton
        P.O. Box 5000
        Bruceton Mills, W.V. 26525

```
DEFENDANT'S EXHIBIT NO. A-1
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: EXHAUSTION OF ADMINST.
ADMITTED:                 REMEDIES
```

To:     Warden P. Adams
        F.C.I. Hazelton
        1640 Skyview Drive
        Bruceton Mills, W.V. 26525

RE:     Compassionate Release

Date:   September 20, 2020

Dear Warden Adams,

   I am writing this request to you in this format because the reduction in
sentence application doesn't have a place for me to request it for extraordinary
and compelling cricumstances.

   I am requesting that you write my judge/file a motion with my judge, the
Honorable George J. Hazel, in case number GJH-15-322 United States v. Matthew
Hightower.  My court is the United States District Court for the District of
Maryland, Southern Division.  The address is:  U.S. District Court for Maryland,
Southern Division, 6500 Cherrywood Lane, Greenbelt Maryland, 20770.

   I am asking that you send my judge this motion/letter asking for a reduction
in my sentence for extraordinary and compelling reasons that were not and could
not have been forseen by my sentencing court.  Those "extraordinary and compelling
circumstances" are enumerated as follows:

1.  Due to the recent Covid-19 pandemic, I am at risk of death or serious medical
complications if I were to contract the novel coronavirus.  Specifically I am
African American, which means I belong to a specific category of people who are
disproportionately affected by the novel coronavirus.  I have underlying medical
conditions such as Type 2 Diabetes for which I am currently prescribed and taking
insulin for, regularly.  I take a total of seven (7) different medications for
my medical conditions that help my heart and kidneys to function properly and be
protected from complications further exacerbated by my diabetes.

   It is scientifically proven that people in my current condition, unfortunately,
often succumb to the covid-19 and/or suffer severely from complications of the
novel coronavirus.  Because I am African American and my underlying medical
conditions, I am extremely vulnerable to the coronavirus and fear contracting it

-1-

in this environment where social distancing is virtually non-existent and unable to be practiced when we're housed in such close quarters to one another. The stress and worry I suffer daily over the fear of contracting the coronavirus is also detrimental to my underlying medical condition and immune system. Because I am almost guaranteed to suffer greatly if I were to contract the coronavirus, and likely even die from covid-19 if inflicted by it, I am requesting that you help prevent the possibility from even occurring and file a motion to my judge seeking Compassionate Release on my behalf due to the current pandemic and my specific circumstances mentioned herein above.

2. I am also requesting that you file a motion to my judge seeking compassionate release on my behalf for the following "extraordinary and compelling circumstances": During my trial, the prosecutor committed misconduct when using, allowing and soliciting false testimony from three of the government's material witnesses. Those witnesses were Expert Special Agent Mathew Wilde of the F.B.I.; Special Agent Clarence Holiday of the D.H.S. and Miss Zantia Jones. The prosecution falsified critical T-Mobile call detail records and provided these phony documents to the defense prior to trial. These false records were used in concert with other prosecutorial misconduct served to help the government to convict me. Essentially it was the only reason I was convicted. This was known to or by the judge in my case and he was completely unaware of the misconduct. Due to the recent amendment to the filing of §3582\(c)\(1)\(A)\(i) motions contained in the First Step Act and expounded upon by Congress and the Sentencing Commission, this motion can be filed on my behalf for "extraordinary and compelling circumstances" that were not forseen at the time of my sentencing. This filing, as amended and expounded upon, is a chance for Sentencing Courts/Judges to correct some of the injustices that took place during defendants' sentencing, that were unforseen at the time and should be corrected to preserve the integrity of the justice system and to see that justice is evenly and properly served.

   For the foregoine "extraordinary and compelling circumstances", it is my request that you file a motion to my judge on my behalf asking for compassionate release. Thanking you for your time and consideration in this matter.

                              Sincerely,

                              /s/_____
                              Matthew Hightower
                              Reg. #40293-037

-2-

TRULINCS  40293037 - HIGHTOWER, MATTHEW - Unit: HAF-N-A

--------------------------------------------------------------------------------------------------------

FROM: FCI Warden
TO: 40293037
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/22/2020 08:37:03 AM

It is not appropriate to submit a request for Compassionate Release through the mail to the Warden. Please see your Unit Team in regards to the proper way to file a request for Compassionate Release.

>>> ~^!"HIGHTOWER, ~^!MATTHEW" <40293037@inmatemessage.com> 9/22/2020 8:01 AM >>>
To: Paul Adams
Inmate Work Assignment: N-1 Orderly

Dear Warden Adams,
Today-September 22, 2020, via F.C.I. Hazelton N-1 Unit- "institution mail" I placed a request for you to file a motion on my behalf, in the U.S. District for Maryland, in the United States v. Matthew Hightower, case no. GJH-15-322, for Compassionate release under 18 U.S.C. 3582(c)(1)(A)--due to "EXTRAORDINARY and COMPELLING" circumstances. My request lists the key facts warranting compassionate release and the supporting extraordinary and compelling circumstances as well. Specifically, #1.-Due to COVID -19 pandemic, I am at risk of death or serious medical complications if I were to contract the novel coronavirus, and #2.-Prosecutorial misconduct from the Government falsifying evidence (T-Mobile call detail records) and soliciting false testimony from three of its material witnesses during my trial.

Also, my request list the following contact information needed to complete my motion:

ATTN: The Honorable George J. Hazel
United States District Courthouse for
          Maryland-Southern Division
                    6500 Cherrywood Lane
          Greenbelt, Maryland 20770
  If "ANY" additional information is needed by you to fulfill my request, please contact me or the N-1 Unit Team. Thank You.


                    /s/  Matthew Hightower


                         N-1 Cell # 104

TRULINCS  40293037 - HIGHTOWER, MATTHEW - Unit: HAF-N-A

--------------------------------------------------------------------------------------------

FROM: 40293037
TO: FCI Warden
SUBJECT: ***Request to Staff*** HIGHTOWER, MATTHEW, Reg# 40293037, HAF-N-A
DATE: 09/22/2020 11:04:03 AM

To: Paul Adams
Inmate Work Assignment: N-1 Orderly

Dear Warden Adams,
Pursuant to Federal Bureau of prisons-Program Statement 5050.50- I "must" make my compassionate release requests to "the warden". I have done so-today-September 22, 2020, not only once through these emails but twice via your own mailing system. Also, the Compassionate release statute-18 U.S.C. 3582(c) (1)(A), requires me to submit my request to "the Warden". The 30 day clock is still ticking Sir. Thank you.

TRULINCS  40293037 - HIGHTOWER, MATTHEW - Unit: HAF-N-A

---------------------------------------------------------------------------------------------

FROM: 40293037
TO: FCI Unit N
SUBJECT: ***Request to Staff*** HIGHTOWER, MATTHEW, Reg# 40293037, HAF-N-A
DATE: 09/23/2020 01:09:39 PM

To: N-1 Unit team-Copy
Inmate Work Assignment: Orderly

-----HIGHTOWER, MATTHEW on 9/23/2020 1:08 PM wrote:

>

Hello Mr. Payne,
Yesterday-September 22, 2020, I filed a request for compassionate release with FCI Hazelton-Warden Adams through (1) email
and (2) via the FCI Hazelton institution's mailing system. Warden Adams' reply was that I sent my request improperly and that I
have to submit request for compassionate release to my "UNIT TEAM".
When I attempted to give you-My N-1 Unit Team's Case manager my request- you told me that I have to file my compassionate
relief request to the courts in a 28 U.S.C. 2255 motion. It is my understanding that I "must" file my request to "the Warden"
ONLY, and therefore I strongly feel that I am being denied/deprived by The warden and my Unit team of my right to file for
compassionate release under 18 U.S.C. 3582.
If I am incorrect in filing my request to the warden and/or Unit team-and a 2255 petition is the proper way to file for
compassionate release-Can you give me the proper 2255 petition forms PLEASE??? Today is September 23, 2020.

RIS - WARDEN RESPONSE TO INMATE
INMATE: Hightower, Matthew #40293-037
FCI

You requested a reduction in sentence (RIS) based on
Extraordinary and Compelling circumstances - COVID 19.  After
careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows
a sentencing court, on motion of the Director of the BOP, to
reduce a term of imprisonment for extraordinary or compelling
reasons.  BOP Program Statement No. 5050.50, Compassionate
Release/Reduction in Sentence: Procedures for Implementation of
18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the
types of circumstances that present extraordinary or compelling
reasons, such as the inmate's terminal medical condition;
debilitated medical condition; status as a "new law" elderly
inmate, an elderly inmate with medical conditions, or an "other
elderly inmate"; the death or incapacitation of the family member
caregiver of the inmate's child; or the incapacitation of the
inmate's spouse or registered partner.  Central Office has
determined that being potentially exposed to, or possibly
contracting, COVID-19 does not currently warrant an early release
from an inmate's sentence.  Your request has been evaluated
consistent with this general guidance.

If you are not satisfied with this response to your request, you
may commence an appeal of this decision via the administrative
remedy process by submitting your concerns on the appropriate
form (BP-9) within 20 days of the receipt of this response.

P. Adams                          Date  10/9/2020
Warden

Given to inmate on
10/13/20
K. Rice



# Individualized Reentry Plan - Initial Classification (Inmate Copy)

**SEQUENCE: 01085313**
**Team Date: 01-03-2019**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

| | |
|---|---|
| Facility: | HAF HAZELTON FCI |
| Name: | HIGHTOWER, MATTHEW |
| Register No.: | **40293-037** |
| Age: | 37 |
| Date of Birth: | 10-30-1981 |

| | |
|---|---|
| Proj. Rel. Date: | 12-01-2043 |
| Proj. Rel. Mthd: | GCT REL |
| DNA Status: | FAI00627 / 08-03-2006 |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Pending Charges

The defendant is pending trial in this court on the remaining charges of Conspiracy to Commit Health Care Fraud, Health Care Fraud, and Aggravated Identity Theft. Trial is scheduled to begin in January 2017.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | LABOR POOL | INMATE WORK/LABOR POOL | 12-20-2018 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | ESL HAS | ENGLISH PROFICIENT | 03-26-2003 |
| HAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-06-2003 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** *NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS* **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-11-2018 |
| CARE2 | STABLE, CHRONIC CARE | 12-12-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-08-2006 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-08-2006 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 01-03-2019 |

## FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 03-23-2003**

| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
|---|---|---|---|
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$200.00** |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $200.00 | IMMEDIATE | AGREED |

** *NO ADJUSTMENTS MADE IN LAST 6 MONTHS* **

### Payment Details

| Trust Fund Deposits - Past 6 months: $580.00 | Payments commensurate ?  Y |
|---|---|
| New Payment Plan: | ** No data ** |

DEFENDANT'S EXHIBIT NO. _A-2_
CASE NO.: _MJG-15-322/GJH-15322_
IDENTIFICATION : _PROGRESS REPORT/PROGRAMS_
ADMITTED :_____

Sentry Data as of 01-03-2019      Individualized Reentry Plan



**Individualized Reentry Plan - Initial Classification (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

SEQUENCE: 01085313
Team Date: 01-03-2019

## Progress since last review

Inmate Hightower arrived at FCI Hazelton on 12-10-18 and maintained clear conduct since his arrival. He was put on a FRP plan for $25 per quarter to begin 3/2019.

## Next Program Review Goals

Recommend obtaining an institutional work assignment with satisfactory or better work reports by next review, June 2019. Continued clear conduct. Complete the Drug Education and Parenting classes. Satisfactory participation in FRP to pay off your Court ordered obligation.

## Long Term Goals

Recommend obtaining a Social Security card and birth certificate by December 2019. Complete the Money Smart and Conflict Resolution classes by December 2019. Save at least $5 per month toward release funds through December 2043.

## RRC/HC Placement

## Comments

** No notes entered **



**Individualized Reentry Plan - Initial Classification (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

SEQUENCE: 01085313

Team Date: 01-03-2019

Name:  HIGHTOWER, MATTHEW

Register No.:  **40293-037**

Age:  37

Date of Birth:  10-30-1981

DNA Status:  FAI00627 / 08-03-2006

_____

Inmate   (HIGHTOWER, MATTHEW. Register No.: 40293-037)

_____

Date

_____                    _____

Unit Manager / Chairperson                                     Case Manager

_____                    _____

Date                                                                         Date



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

SEQUENCE: 01085313

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

Team Date: 06-27-2019

| | | | |
|---|---|---|---|
| Facility: | HAF  HAZELTON FCI | Proj. Rel. Date: | 12-01-2043 |
| Name: | HIGHTOWER, MATTHEW | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 40293-037 | DNA Status: | FAI00627 / 08-03-2006 |
| Age: | 37 | | |
| Date of Birth: | 10-30-1981 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Pending Charges**

| |
|---|
| The defendant is pending trial in this court on the remaining charges of Conspiracy to Commit Health Care Fraud, Health Care Fraud, and Aggravated Identity Theft. Trial is scheduled to begin in January 2017. |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | LABOR POOL | INMATE WORK/LABOR POOL | 12-20-2018 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | ESL HAS | ENGLISH PROFICIENT | 03-26-2003 |
| HAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-06-2003 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| NO COURSES | | | | |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-11-2018 |
| CARE2 | STABLE, CHRONIC CARE | 12-12-2018 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-08-2006 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-08-2006 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED DECL R | DRUG EDUCATION DECLINE-REQD | 06-10-2019 |

**FRP Details**

| Most Recent Payment Plan |
|---|

| | | | |
|---|---|---|---|
| **FRP Assignment:** | **PART** | **FINANC RESP-PARTICIPATES** | **Start: 01-14-2019** |
| Inmate Decision: | **AGREED** | $25.00 | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$50.00** | Obligation Balance: **$150.00** | |

**Financial Obligations**

| No. | Type | Amount | | Balance | Payable | | Status | |
|---|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | | $150.00 | IMMEDIATE | | AGREED | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | | 06-11-2019 | HAF | PAYMENT | INSIDE PMT | | $25.00 |
| | | | 03-12-2019 | HAF | PAYMENT | INSIDE PMT | | $25.00 |

**Payment Details**



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

SEQUENCE: 01085313

Team Date: 06-27-2019

Name:  HIGHTOWER, MATTHEW

Register No.:  **40293-037**

Age:  37

Date of Birth:  10-30-1981

DNA Status:  FAI00627 / 08-03-2006

_____

Inmate   (HIGHTOWER, MATTHEW. Register No.: 40293-037)

_____

Date

_____          _____

Unit Manager / Chairperson                                Case Manager

_____          _____

Date                                                                      Date



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

**SEQUENCE: 01085313**
**Team Date: 11-21-2019**

Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

| | | | |
|---|---|---|---|
| Facility: | HAF  HAZELTON FCI | Proj. Rel. Date: | 12-01-2043 |
| Name: | HIGHTOWER, MATTHEW | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 40293-037 | DNA Status: | FAI00627 / 08-03-2006 |
| Age: | 38 | | |
| Date of Birth: | 10-30-1981 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Pending Charges

The defendant is pending trial in this court on the remaining charges of Conspiracy to Commit Health Care Fraud, Health Care Fraud, and Aggravated Identity Theft. Trial is scheduled to begin in January 2017.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | LABOR POOL | INMATE WORK/LABOR POOL | 12-20-2018 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | ESL HAS | ENGLISH PROFICIENT | 03-26-2003 |
| HAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-06-2003 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-11-2018 |
| CARE2 | STABLE, CHRONIC CARE | 12-12-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-08-2006 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-08-2006 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 11-06-2019 |

### FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:  PART   FINANC RESP-PARTICIPATES   Start: 01-14-2019**

| | | | |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$50.00** | | Obligation Balance: **$125.00** |

**Financial Obligations**

| No. | Type | Amount | | Balance | Payable | Status | |
|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | | $125.00 | IMMEDIATE | AGREED | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 09-10-2019 | HAF | PAYMENT | INSIDE PMT | $25.00 |
| | | | 06-11-2019 | HAF | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

SEQUENCE: 01085313

Team Date: 11-21-2019

| Most Recent Payment Plan |
|---|

Trust Fund Deposits - Past 6 months:   $2,300.00          Payments commensurate ?   Y

New Payment Plan:      ** No data **

## Progress since last review

Inmate Hightower has maintained clear conduct and completed the Drug Education class since his last review. He completed his FRP payments. He has not participated in any other recommended programming. He has not obtained a job, completed the Parenting class, obtained a SS card or birth certificate, or saved money toward release. He has not completed any ACE classes. HE was put on the Parenting class waiting list on 11-04-19.

## Next Program Review Goals

Recommend continued clear conduct and satisfactory participation in FRP through next review, May 2020. Obtain an institutional work assignment with satisfactory or better work reports. Complete the Money Smart and Parenting classes. It is recommended that he enroll in two ACE classes and complete them within three months.

## Long Term Goals

Obtain a Social Security card and birth certificate by June 2021. Complete the Anger Management and Setting Your Intentions classes by December 2020. Save at least $25 per month (based on 6 month deposits of $2300.00) toward release funds through December 2043.

## RRC/HC Placement

## Comments

** No notes entered **



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

SEQUENCE: 01085313
Team Date: 11-21-2019

Name:  HIGHTOWER, MATTHEW          DNA Status:   FAI00627 / 08-03-2006
Register No.:  **40293-037**
Age:  38
Date of Birth:  10-30-1981

---

Inmate   (HIGHTOWER, MATTHEW. Register No.: 40293-037)

---

Date

---

Unit Manager / Chairperson                    Case Manager

---

Date                                           Date



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

**SEQUENCE: 01085313**
**Team Date: 04-30-2020**

| | | | |
|---|---|---|---|
| Facility: | HAF  HAZELTON FCI | Proj. Rel. Date: | 04-25-2043 |
| Name: | HIGHTOWER, MATTHEW | Proj. Rel. Mthd: | GCT REL |
| Register No.: | **40293-037** | DNA Status: | FAI00627 / 08-03-2006 |
| Age: | 38 | | |
| Date of Birth: | 10-30-1981 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Pending Charges

The defendant is pending trial in this court on the remaining charges of Conspiracy to Commit Health Care Fraud, Health Care Fraud, and Aggravated Identity Theft. Trial is scheduled to begin in January 2017.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | LABOR POOL | INMATE WORK/LABOR POOL | 01-31-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | ESL HAS | ENGLISH PROFICIENT | 03-26-2003 |
| HAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-06-2003 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HAF | C | SELF-STUDY ACE: INFO TECHN 5 | 04-20-2020 | 04-24-2020 |
| HAF | C | SELF-STUDY ACE:EARLY AMER HIST | 04-01-2020 | 04-07-2020 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-11-2018 |
| CARE2 | STABLE, CHRONIC CARE | 12-12-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-08-2006 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-08-2006 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 11-06-2019 |
| NR WAIT | NRES DRUG TMT WAITING | 01-09-2020 |

### FRP Details

| Most Recent Payment Plan |
|---|

| FRP Assignment: | **PART** | **FINANC RESP-PARTICIPATES** | | **Start: 01-14-2019** |
|---|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: | **QUARTERLY** |
| Payments past 6 months: | | **$25.00** | Obligation Balance: | **$100.00** |

**Financial Obligations**

| No. | Type | Amount | | Balance | Payable | | Status | |
|---|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | | $100.00 | IMMEDIATE | | AGREED | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | | 03-11-2020 | HAF | PAYMENT | INSIDE PMT | | $25.00 |

**Payment Details**



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

SEQUENCE: 01085313
Team Date: 04-30-2020

| Most Recent Payment Plan |
|---|

Trust Fund Deposits - Past 6 months:   $2,494.45                     Payments commensurate ?   Y

New Payment Plan:              ** No data **

### Progress since last review

Inmate Hightower has maintained clear conduct and completed the Early American History Self Study ACE class (04-07-2020) since his last review. He completed the Parenting Phase One on 02-09-2020. He completed his FRP payments. He is on the waiting list for MS Office (2-18-2020), Anger Management, Criminal Thinking, and Emotional Self-Regulation (3-16-2020) classes. He currently has $2494.45 in his Pre Release account. He has not obtained a job.

### Next Program Review Goals

Recommend continued clear conduct and satisfactory participation in FRP through next review, October 2020. Obtain an institutional work assignment with satisfactory or better work reports. Complete the Money Smart and Developing Yourself As A Leader classes. It is recommended that he enroll in two ACE classes and complete them within three months. PARTICIPATE IN ANY PROGRAMMING OFFERED IN THE UNIT DURING THE COVID-19 MODIFIED OPERATIONS.

### Long Term Goals

Obtain a Social Security card and birth certificate by June 2021. Complete the Anger Management and Setting Your Intentions classes by December 2021. Save at least $25 per month (based on 6 month deposits of $2494.45) toward release funds through April 2043.

### RRC/HC Placement

### Comments

NOTE: MODIFIED OPERATIONS BEGAN 03-17-2020 DUE TO COVID-19 PANDEMIC.

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __          Any history of Bankruptcy
_ No bank account _X No assets nor liabilities noted in PSR
_X Debts noted in Credit Report or other sources__ Tax Liabilities/back taxes Unpaid alimony/child support__ other indications of lack of financial management skills (specify)

YES __X___          NO _____ (if any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

SEQUENCE: 01085313

Team Date: 04-30-2020

Name:   HIGHTOWER, MATTHEW

Register No.:   **40293-037**

Age:   38

Date of Birth:   10-30-1981

DNA Status:   FAI00627 / 08-03-2006

_____

Inmate   (HIGHTOWER, MATTHEW. Register No.: 40293-037)

_____

Date

_____          _____

Unit Manager / Chairperson                              Case Manager

_____          _____

Date                                                              Date

```
   HAF78   606.00  *       MALE CUSTODY CLASSIFICATION FORM      *      10-14-2020
PAGE 001 OF 001                                                         12:05:16
                            (A) IDENTIFYING DATA
REG NO..:  40293-037              FORM DATE: 08-13-2020           ORG: HAF
NAME....: HIGHTOWER, MATTHEW

                                  MGTV: NONE
PUB SFTY: SENT LGTH               MVED:
                            (B) BASE SCORING
DETAINER: (0) NONE                SEVERITY.......: (5) HIGH
MOS REL.: 272                     CRIM HIST SCORE: (06) 9 POINTS
ESCAPES.: (1) > 10 YRS MINOR      VIOLENCE.......: (2) > 15 YRS SERIOUS
VOL SURR: (0) N/A                 AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%       PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


                      --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY  CONSIDER
+16  +19    -1         +15       MEDIUM        N/A              IN    DECREASE


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



| **Individualized Needs Plan - Program Review   (Inmate Copy)** | **SEQUENCE: 01085313** |
|---|---|

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

**Team Date:** 10-06-2020

| Facility: | HAF  HAZELTON FCI | Proj. Rel. Date: | 04-25-2043 |
|---|---|---|---|
| Name: | HIGHTOWER, MATTHEW | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 40293-037 | DNA Status: | FAI00627 / 08-03-2006 |
| Age: | 38 | | |
| Date of Birth: | 10-30-1981 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Pending Charges

| |
|---|

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | LABOR POOL | INMATE WORK/LABOR POOL | 01-31-2020 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | ESL HAS | ENGLISH PROFICIENT | 03-26-2003 |
| HAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-06-2003 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HAF | | MS OFFICE 12:30-3:30 PM FCI | 09-17-2020 | CURRENT |
| HAF | C | FCI SELF STUDY COORD PLANE | 08-24-2020 | 08-28-2020 |
| HAF | C | FCI SELF STUDY LANGUAGE ARTS | 09-07-2020 | 09-11-2020 |
| HAF | C | SELF-STUDY ACE:POVERTY IN AMER | 08-03-2020 | 08-07-2020 |
| HAF | C | SELF-STUDY ACE: HOW TO LEAD | 04-13-2020 | 04-17-2020 |
| HAF | C | SELF STUDY ACE: AMERICAN LIT | 04-20-2020 | 04-24-2020 |
| HAF | C | SELF-STUDY ACE: HOW TO LEAD | 04-13-2020 | 04-17-2020 |
| HAF | C | SELF-STUDY ACE: OUR SOLAR SYS | 06-22-2020 | 06-26-2020 |
| HAF | C | SELF-STUDY ACE: EARTH SCIENCE | 06-15-2020 | 06-19-2020 |
| HAF | C | SELF-STUDY ACE:AMER-INDIAN WAR | 06-15-2020 | 06-19-2020 |
| HAF | C | SELF-STUDY ACE: SPORTS STARS | 06-08-2020 | 06-12-2020 |
| HAF | C | SELF-STUDY ACE: ENHANCE VOCAB | 06-08-2020 | 06-12-2020 |
| HAF | C | SELF-STUDY ACE: INFO TECHN 5 | 04-20-2020 | 04-24-2020 |
| HAF | C | SELF-STUDY ACE:EARLY AMER HIST | 04-01-2020 | 04-07-2020 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-11-2018 |
| CARE2 | STABLE, CHRONIC CARE | 12-12-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-08-2006 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-08-2006 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 11-06-2019 |
| NR WAIT | NRES DRUG TMT WAITING | 01-09-2020 |

## FRP Details



| **Individualized Needs Plan - Program Review**   (Inmate Copy) | **SEQUENCE: 01085313** |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | **Team Date: 10-06-2020** |
| Plan is for inmate: HIGHTOWER, MATTHEW  40293-037 | |

| Most Recent Payment Plan |
|---|

**FRP Assignment:     PART        FINANC RESP-PARTICIPATES    Start: 01-14-2019**

| Inmate Decision:    **AGREED**        **$25.00** | Frequency: **QUARTERLY** |
|---|---|
| Payments past 6 months:     **$50.00** | Obligation Balance: **$50.00** |

**Financial Obligations**

| No. | Type | Amount | | Balance | | Payable | | Status | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | | $50.00 | | IMMEDIATE | | AGREED | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | | | Amount |
| | | | 09-09-2020 | HAF | PAYMENT | INSIDE PMT | | | $25.00 |
| | | | 06-09-2020 | HAF | PAYMENT | INSIDE PMT | | | $25.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $1,841.25                  Payments commensurate ?  Y

| New Payment Plan: | ** No data ** |
|---|---|

### Progress since last review

| Inmate has been programming, has not found a work assignment. |
|---|

### Next Program Review Goals

| Short Term Goal: Inmate is encouraged to continue his work assignment once the facility returns back to regular operations. Complete Unit Base Programs of interest to you and provide certificate to unit team by next review.<br><br>Schedule (2) ACE classes in any area of interest to you and complete them. If you have fines or restitution participate in FRP payment plan in accordance with financial plan agreement through next review period. |
|---|

### Long Term Goals

| Long Term Goal: Enroll, participate, and complete at least two (2) programs provided by Education department every 6 months through the end of your incarceration this is a long term goal that you should continually strive to meet. Continue through 04-05-2024.<br>LONG TERM GOALS: Inmate is encouraged to complete Prison Issues, Speak up Class, or Spiritual Development offered by the Unit Correctional Counselor 01-12-2024. |
|---|

### RRC/HC Placement

| No.<br>Management decision - PRD: 04-25-2043. |
|---|

### Comments

| NOTE: MODIFIED OPERATIONS BEGAN 03-17-2020 DUE TO COVID-19 PANDEMIC.<br><br>Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __          Any history of Bankruptcy<br>_ No bank account _X No assets nor liabilities noted in PSR<br>_X Debts noted in Credit Report or other sources__ Tax Liabilities/back taxes Unpaid alimony/child support__ other indications of lack of financial management skills (specify) |
|---|

| YES __X___         NO _____ (if any of the above, check yes)<br>If the answer is yes, the inmate has a financial/poverty skills need. |
|---|



**Individualized Needs Plan - Program Review   (Inmate Copy)**          SEQUENCE: 01085313
Dept. of Justice / Federal Bureau of Prisons                             Team Date: 10-06-2020
Plan is for inmate: HIGHTOWER, MATTHEW  40293-037

Name:  HIGHTOWER, MATTHEW          DNA Status:   FAI00627 / 08-03-2006
Register No.:  **40293-037**
Age:  38
Date of Birth:  10-30-1981

_____

Inmate   (HIGHTOWER, MATTHEW. Register No.: 40293-037)


_____

Date


_____        _____
Unit Manager / Chairperson                Case Manager


_____        _____
Date                                      Date

_____

```
HAF62          *          INMATE EDUCATION DATA        *     07-21-2020
PAGE 001 OF 001 *                 TRANSCRIPT           *     14:55:52

REGISTER NO: 40293-037      NAME..: HIGHTOWER              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: HAF-HAZELTON FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
HAF  ESL HAS    ENGLISH PROFICIENT       03-26-2003 2002 CURRENT
HAF  GED HAS    COMPLETED GED OR HS DIPLOMA  06-06-2003 1041 CURRENT

------------------------- EDUCATION COURSES -------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
HAF        SELF-STUDY ACE: EARTH SCIENCE 06-15-2020 06-19-2020  P  C  P    3
HAF        SELF-STUDY ACE:AMER-INDIAN WAR 06-15-2020 06-19-2020 P  C  P    3
HAF        SELF-STUDY ACE: SPORTS STARS  06-08-2020 06-12-2020  P  C  P    3
HAF        SELF-STUDY ACE: ENHANCE VOCAB 06-08-2020 06-12-2020  P  C  P    3
HAF        SELF-STUDY ACE: INFO TECHN 5  04-20-2020 04-24-2020  P  C  P    3
HAF        SELF-STUDY ACE:EARLY AMER HIST 04-01-2020 04-07-2020 P  C  P    3
FAI  DRUG  PRERELEASE CAT 1 AND 6 (DAP) 02-17-2005 11-17-2005  P  C  P   50
FAI  DRUG  RPP4/USP01                   10-26-2005 10-26-2005  P  C  P    1
FAI  DRUG  RPP3/BANK2                   10-19-2005 10-19-2005  P  C  P    1
FAI  DRUG  COOK APPRENTICESHIP          12-03-2004 08-01-2005  P  P  A 3500
FAI  DRUG  RPP2/JOB/3                   09-21-2005 09-21-2005  P  C  P    1
FAI  DRUG  RPP5/CMC/1                   09-21-2005 09-21-2005  P  C  P    1
FAI        VT-FS-EXPLORATORY FRI 730    12-03-2004 12-17-2004  P  C  E   50
FAI        GED/LAVINE/1000-1130         04-04-2003 06-06-2003  P  C  P   48

------------------------- HIGH TEST SCORES -------------------------
TEST       SUBTEST       SCORE    TEST DATE     TEST FACL   FORM    STATE
GED        AVERAGE       520.0    04-24-2003    FAI         PASS    ME
           LIT/ARTS       50.0    01-22-2003    FAI         ID      VA
           MATH          550.0    04-24-2003    FAI         IE      ME
           SCIENCE        56.0    01-22-2003    FAI         ID      VA
           SOC STUDY      49.0    01-22-2003    FAI         ID      VA
           WRITING        50.0    01-22-2003    FAI         ID      VA




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```



# FCI HAZELTON

## EDUCATION DEPARTMENT

# CERTIFICATE OF COMPLETION

### THIS CERTIFIES THAT

## Matthew Hightower

Having satisfactorily completed the

National Parenting Program, Phase I & II

April 2020

J. Ridenour, Testing Administrator

# FCI HAZELTON

## EDUCATION DEPARTMENT

# CERTIFICATE OF COMPLETION

### THIS CERTIFIES THAT

## Matthew Hightower

Having satisfactorily completed the

National Parenting Program, Phase I

February 5, 2020

J. Ridenour, Testing Administrator/RPP Coordinator

# *Certificate of Completion*

## Presented to

### MATHEW HIGHTOWER

### For successfully completing the

## Drug Abuse Education Course

*The Drug Abuse Education Course is a minimum of 12 hours.  The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.*

M. Rocha                          DTS                 11/6/2019
FCI Hazelton                  Institution