EXHIBIT NO. 1

GOVERNMENT REPLY   4

case would still be "life."

### D. The Other Alleged "Errors" in the Government's Letter Are Actually True Facts.

The Defendant next alleges that the Government states that Wutoh "did not pay back the money he had borrowed from Hightower." ECF 336, 3. The letter clearly states that prior to May 18, 2013, Mr. Wutoh had not paid back the money or the exorbitant interest, and then the extortion began. There is no disagreement on this issue.

Next, the Defendant argues that he "went to the MVA and obtained tags for the truck" on September 21, 2013. ECF 336. This is incorrect. The document the Defendant presents – provided to him in pre-trial discovery by the Government – is not an MVA receipt; it is a document provided to the MVA by "Baltimore Auto Sales, Inc." Unless the Defendant has access to a hitherto-unknown MVA facility, there is no way he could have "obtained tags for the truck" from the Maryland MVA on September 21, 2013, a Saturday. The MVA is open only until noon on Saturdays – well before the transaction was completed according to testimony at trial.[1] Moreover, the MVA is open on the weekend only for driver's license services.[2] In any case, the PSR accurately reflects testimony at trial: the Defendant asked to keep the license plate tags on the truck for a day, and Ms. Jones declined to do so, instead driving the truck to a drop off location and then manually removing the tags.

The Defendant also argues that the only time the Defendant sought to extort Mr. Wutoh out of prescription drugs was August 2, 2013. ECF 336, 3. But on August 22, 2013, the Defendant texted Mr. Wutoh: "And my meds Monday wassup." On September 5, 2013, Mr. Wutoh texted

---

[1] According to MVA officials, the document the Defendant points to (and which the Government provided to him in pre-trial discovery) is not a receipt created by the Maryland MVA, as he claims. Rather, it is a receipt created by "Baltimore Auto Sales, Inc.," the company that identifies itself as the "dealer" in the September 21, 2013 transaction, and then subsequently forwarded to the MVA. Testimony at trial indicated there was no "dealer" in the transaction at all, as it was person-to-person between the Defendant and Ms. Jones. That same document also notes that funds were provided to MVA for the transaction on Monday, September 23, 2013.

[2] See http://www.mva.maryland.gov/locations/baltimorecity.htm.

4

DEFENDANT'S EXHIBIT NO. 1, 4
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION : GOVERNMENT REPLY
ADMITTED : _____

EXHIBIT NO. 1

GOVERNMENT TRIAL EXHIBIT 40    DO 18 - 18.14

Filed: 09/06/2017   Pg: 23 of 57

| | Date & Time | From | To | Type | Content or Duration | Source(s) |
|---|---|---|---|---|---|---|
| 1 | 5/18/13 9:03 a.m. | Davon Carter | Matthew Hightower | CALL | See Exhibits #22 & #22A | Jail Call |
| 2 | 5/20/13 9:38 a.m. | Davon Carter | Matthew Hightower | CALL | See Exhibits #23 & #23A | Jail Call |
| 3 | 05/20/13 4:01 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "Are me and Matt on track to get our money back on Tuesday. I HOPE?" | Crawford's iPad |
| 4 | 05/20/13 4:11 p.m. | Wutoh (301-633-5663) | Crawford (hmc530@aol.com) | iMSG | "I'm working on it @ foot doctor" | Crawford's iPad |
| 5 | 05/20/13 4:26 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "The interest rate is 22% after Tuesday." | Crawford's iPad |
| 6 | 06/03/13 4:41 p.m. | Harry Crawford | David Wutoh | Voice MSG | See Exhibit #32 | Youmail |
| | 06/03/13 7:56 p.m. | Crawford (hmc530@aol.com) | daltondld@gmail.com | EMAIL | "Subject: Hello Dave this is Harry Crawford. Dave Wutoh ask me to send you a quick email about my business and what we are looking for.  In 2003 we start as a long term care pharmacy.We then move on to full service DME.  We currently are a full service DME but we are focus on incontinence supplies as our main push.We still service all DME pateition but our focus is incontinence.  We would like to offer you a per pateition commission at the time that each pateition is billed.We could set up a separated billing company.We would love hear any suggestion you may have." | From hmc530@aol.com Crawford's iPad |
| 7 | | | | | | |
| 8 | 06/04/13 1:58 a.m. | Harry Crawford | David Wutoh | Voice MSG | See Exhibit #33 | Youmail |
| 9 | 06/4/13 7:21 p.m. | Davon Carter | Matthew Hightower | CALL | See Exhibits #24 & #24A | Jail Call |
| 10 | 06/6/13 12:08 p.m. | Harry Crawford | Dave Wutoh | Voice MSG | See Exhibits #34 & #34A | Youmail |
| 11 | 06/06/13 4:24 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "I have not heard anything from Dave D when can I get my cash from you.  It has been longer than 2 weeks" | Crawford's iPad |

DEFENDANT'S EXHIBIT NO. _1, 18_
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION : _GOV. EXHIBIT 40 at 1_
ADMITTED : _____

Page 1 of 27

0023
16-4796 Hightower

| # | Date/Time | From | To | Type | Message | Source |
|---|---|---|---|---|---|---|
| 12 | 06/06/13 4:32 p.m. | Wutoh (301-633-5663) | Crawford (hmc530@aol.com) | iMSG | "I got you ... been going back and forth to hospital. Feet swelling and high blood pressure. On water restriction. Always feeling woozy." | Crawford's iPad |
| 13 | 06/06/13 4:33 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "Please put me in your will" | Crawford's iPad |
| 14 | 06/06/13 4:41 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "Put me in your will" | Crawford's iPad |
| 15 | 06/07/13 9:32 a.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "I have not heard anything from Dave D when can I get my cash from you. It has been longer than 2 weeks." | Crawford's iPad |
| 16 | 06/07/13 9:32 a.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "Please put me in your will" | Crawford's iPad |
| 17 | 06/07/13 4:25 p.m. | Harry Crawford | Dave Wutoh | Voice MSG | See Exhibits #35 &35A | Youmail |
| 18 | 06/07/13 4:30 p.m. | Wutoh (301-633-5663) | Crawford (hmc530@aol.com) | SMS | "Battery dying" | Crawford's iPad |
| 19 | 06/07/13 4:32 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | SMS | "You will be also. Stop playing with people's money." | Crawford's iPad |
| 20 | 06/08/13 1:01 p.m. | Harry Crawford | David Wutoh | Voice MSG | See Exhibit #36 | Youmail |
| 21 | 06/08/13 2:00 p.m. | Harry Crawford | David Wutoh | Voice MSG | See Exhibit #37 | Youmail |
| 22 | 6/10/2013 7:53 p.m. | Davon Carter | Matthew Hightower | Call | See Exhibits #25 & #25A | Jail Call |
| 23 | 06/11/13 9:32 a.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | SMS | "Now you got Elma blaming me for what you did to Matt." | Crawford's iPad |
| 24 | 06/11/13 12:33 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "Your boy couldn't take the heat so he resigned." | Crawford's iPad |
| 25 | 06/11/13 2:09 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "What is this Bull Shit I got nothing out of your and Dave agreement not a penning not a cookie not a blow Job not even a thank you . What ever you and Dave did was between you and Dave . I had no details. Only thing I need from you is a apology for your stupid ass text." | Crawford's iPad |

Page 2 of 27

DEFENDANT'S EXHIBIT NO. 1, 18.1
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: GOV. EXHIBIT 40 of 2
ADMITTED:

| No. | Date/Time | From | To | Type | Content | Source |
|---|---|---|---|---|---|---|
| 26 | 06/11/13 4:35 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "You asked me about investing and set the meeting up now you have nothing to do with it that's cool tho" | Crawford's iPad |
| 27 | 06/11/13 9:57 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | SMS | "call Matt offer him something" | Crawford's iPad |
| 28 | 06/11/13 9:58 p.m. | Wutoh (301-633-5663) | Crawford (hmc530@aol.com) | SMS | "I did he wants to stick to original deal...but I will give him extra." | Crawford's iPad |
| 29 | 06/11/13 9:58 p.m. | Wutoh (1-301-633-5663) | Crawford (hmc530@aol.com) | iMSG | "You too" | Crawford's iPad |
| 30 | 6/12/13 12:44 p.m. | Harry Crawford | Dave Wutoh | Voice MSG | See Exhibits #38 & #38A | Youmail |
| 31 | 6/12/13 3:46 p.m. | Harry Crawford | Dave Wutoh | Voice MSG | See Exhibits #39 & #39A | Youmail |
| 32 | 06/12/13 7:00 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "At Shiso" | Crawford's iPad |
| 33 | 06/12/13 8:02 p.m. | Wutoh (1-301-633-5663) | Crawford (hmc530@aol.com) | iMSG | "At candy watching kids, can you stop by later." | Crawford's iPad |
| 34 | 06/12/13 8:08 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "No.. Come pass to pick me up. You need to get Matt money not playing games This is Serious" | Crawford's iPad |
| 35 | 06/12/13 8:11 p.m. | Wutoh (301-633-5663) | Crawford (hmc530@aol.com) | iMSG | "I have to wait for candy to come back before I can leave." | Crawford's iPad |
| 36 | 06/12/13 9:23 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "What is your address" | Crawford's iPad |
| 37 | 06/12/13 9:23 p.m. | Wutoh (301-633-5663) | Crawford (hmc530@aol.com) | iMSG | "4 Aldeburg ct" | Crawford's iPad |
| 38 | 06/12/13 9:25 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "Matt needed your address I told you to do the right thing" | Crawford's iPad |
| 39 | 06/12/13 9:27 p.m. | Wutoh (301-633-5663) | Crawford (hmc530@aol.com) | iMSG | "Ok is he stopping by?" | Crawford's iPad |
| 40 | 06/12/13 9:31 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "I need you help tomorrow. Are you willing?" | Crawford's iPad |

DEFENDANT'S EXHIBIT NO. 1, 18.2

CASE NO.: MJG-15-322/GJH-15322

IDENTIFICATION: GOV. EXHIBIT 40 of 3

ADMITTED:

0025

16-4796 Hightower

| # | Date/Time | Sender | Recipient | Type | Message | Source |
|---|-----------|--------|-----------|------|---------|--------|
| 120 | 07/29/13 8:38 p.m. | Wutoh (301-633-5663) | Crawford (hmc530@aol.com) | iMSG | "Candy has a check to mail to you. Just give me your address. I owe you 4k plus interest. Why are we doing this. She has your bed money. I will pay you 4k+ as soon as I can. Have Elma call me later." | Crawford's iPad |
| 121 | 07/29/13 8:44 p.m. | Crawford (hmc530@aol.com) | Wutoh (301-633-5663) | iMSG | "No! It is 12 k!" | Crawford's iPad |
| 122 | 07/29/13 8:57 p.m. | Wutoh (301-633-5663) | Crawford (hmc530@aol.com) | iMSG | "I will call you tomorrow so we can talk." | Crawford's iPad |
| 123 | 08/2/13 10:45 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "I thought those were the samples you gave me I wish you would be straight forward with me I don\'t like all the bs." | 8674 Talkz database |
| 124 | 08/2/13 1:40 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "They are 5mg I need 30 mg" | 8674 Talkz database |
| 125 | 08/2/13 5:44 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "For some reason I think you\'re lying" | 8674 Talkz database |
| 126 | 08/2/13 6:27 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "U know I said 30mg oxycodone" | 8674 Talkz database |
| 127 | 08/2/13 6:27 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "U know I said 30mg oxycodone" | 8674 Talkz database |
| 128 | 08/2/13 6:28 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "y would u order 5s" | 8674 Talkz database |
| 129 | 08/2/13 6:29 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "From the start" | 8674 Talkz database |
| 130 | 08/2/13 8:38 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "Honestly I dont have patience for that stuff you say you have all these cars sell one for my money every time I hear from you you\'re just buying more and" | 8674 Talkz database |
| 131 | 08/2/13 8:40 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "more time" | 8674 Talkz database |

DEFENDANT'S EXHIBIT NO. 1, 18.3
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION : *GOV. EXHIBIT 40 at 12*
ADMITTED :

0034
16-4796 Hightower

| # | Date/Time | From | To | Type | Content | Source |
|---|---|---|---|---|---|---|
| 132 | 08/2/13 9:30 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "I gave u 15k with 5k interest so far u gave me 11k which leaves 9k balance and you promised a turbo or more interest but I jus want my 9k" | 8674 Talkz database |
| 133 | 08/2/13 9:44 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | Text | "Yes you owe me 12k" | 8674 Talkz database |
| 134 | 08/03/13 2:33 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | MMS | "You owe me 12 k plus the bed. Oh you also owe me interest. I notice when you needed money you didn't go to any of your white friends or your drinking friends you came to me Yes you owe me 12k" | Wutoh's Blackberry Examination Report Cellbrite |
| 135 | 08/03/13 9:39 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | MMS | "Why Are You Having Money Issues. You have No Expenses. Get Your Shit Together Please" | Wutoh's Blackberry Examination Report Cellbrite |
| 136 | 8/7/13 6:28 p.m. | Davon Carter | Matthew Hightower | Call | See Exhibits #28 & #28A | Jail Call |
| 137 | 08/08/13 8:06 p.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | "Are you ok, mom is worried about you." | Tony Wutoh Phone Screenshots |
| 138 | 08/11/13 7:00 p.m. | Davon Carter | Matthew Hightower | Call | See Exhibits #29 & #29A | Jail Call |
| 139 | 08/12/13 6:16 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "Are you free tomorrow for lunch" | Crawford 5540 Cellbrite |
| 140 | 08/12/13 8:22 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "I am in Purto Rico what's up" | Crawford 5540 Cellbrite |
| 141 | 08/13/13 12:24 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed Phone Call | Wutoh Cellbrite 30 |
| 142 | 08/13/13 3:19 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "Whats up" | Crawford 5540 Cellbrite |
| 143 | 08/13/13 3:43 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "Finally can walk again w/walker. Wanted to come out" | Crawford 5540 Cellbrite |
| 144 | 08/13/13 3:45 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "you ask me if I was free today" | Crawford 5540 Cellbrite |
| 145 | 08/13/13 3:52 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "I wanted to come out and have lunch with you since I'm getting better $" | Crawford 5540 Cellbrite |

DEFENDANT'S EXHIBIT NO. 1 18.4

CASE NO.: MJG-15-322/GJH-15322

IDENTIFICATION: Gov. Exhibit 40 at 13

ADMITTED:

| No. | Date/Time | From | To | Type | Content | Source |
|---|---|---|---|---|---|---|
| 146 | 08/13/13 5:57 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed Phone Call | Wutoh Cellbrite 31 |
| 147 | 08/13/13 6:18 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "forget that Ate sum soup and just crapped on myself. Not good" | Crawford 5540 Cellbrite |
| 148 | 08/14/13 1:40 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed Phone Call | Wutoh Cellbrite 31 |
| 149 | 08/14/13 6:33 p.m. | Hightower (443-857-4173) | Wutoh Blackberry (410-977-8674) | CALL | Missed Phone Call | Wutoh Cellbrite 31 |
| 150 | 08/18/13 2:00 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "Dinner today" | Crawford 5540 Cellbrite |
| 151 | 08/18/13 6:27 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "In limbo...suppose to be heading to PPO Vegas. Helping Candy open Wholesale. Did first deal aready..I have 10 diff Rx to source from" | Crawford 5540 Cellbrite |
| 152 | 08/18/13 6:30 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "I was in Jose home country I back now" | Crawford 5540 Cellbrite |
| 153 | 08/18/13 6:38 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "I heard... Did the first deal Friday. Office in Essex. Candy got fired from VNA during recovery. She is sueing them. I might have time tomorrow" | Crawford 5540 Cellbrite |
| 154 | 08/18/13 6:41 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "Make time" | Crawford 5540 Cellbrite |
| 155 | 08/18/13 6:51 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "Ok got you" | Crawford 5540 Cellbrite |
| 156 | 08/18/13 6:55 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "Can you believe I got 10 pharms selling to me already crazy" | Crawford 5540 Cellbrite |
| 157 | 08/19/13 11:55 a.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "No can't believe it that mean you can pay matt back with interest the money you promise" | Wutoh SMS Messages Page 681 |
| 158 | 08/19/13 12:01 p.m. | Crawford (443-756-5540) | Hightower (443-857-4173) | SMS | "Call my" | Crawford 5540 Cellbrite |
| 159 | 08/19/13 12:04 p.m. | Crawford (443-756-5540) | Hightower (443-983-1240) | SMS | "Call me" | Crawford 5540 Cellbrite |
| 160 | 08/19/13 12:30 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | Blank Message | Wutoh SMS Messages Page 681 |

Page 14 of 27

DEFENDANT'S EXHIBIT NO. 1.13.5
CASE NO.: MIG-15-322/GIH-15322
IDENTIFICATION: GOV. EXHIBIT 40 of 14
ADMITTED:

0036
16-4796 Hightower

| # | Date/Time | From | To | Type | Message | Source |
|---|---|---|---|---|---|---|
| 161 | 08/19/13 9:21 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "What time Thursday" | Wutoh SMS Messages Page 681 / Wutoh Cellbright 297 |
| 162 | 08/19/13 10:06 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "It was wierd. He called me out of the blue. And said he was checking on me. And he is ready for you." | Wutoh Cellbrite 297 |
| 163 | 08/19/13 10:48 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "yo" | Wutoh SMS Messages Page 681 / Wutoh Cellbright 297 |
| 164 | 08/19/13 10:52 p.m. | Wutoh Blackberry (410-977-8674) | Hightower (443-983-1240) | SMS | "I got the shoes. We can meet tomorrow evening" | Wutoh Cellbrite 297 |
| 165 | 08/19/13 11:34 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "What about the check" | Wutoh SMS Messages Page 681 / Wutoh Cellbright 297 |
| 166 | 08/19/13 11:37 p.m. | Wutoh Blackberry (410-977-8674) | Hightower (443-983-1240) | SMS | "Never saw Gloria but I am getting cheese tomorrow" | Wutoh Cellbrite 297 |
| 167 | 08/19/13 11:59 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "Once again what time Thursday" | Wutoh SMS Messages Page 681 / Wutoh Cellbright 297 |
| 168 | 08/20/13 12:49 a.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "He is free after 3" | Wutoh Cellbrite 297 |
| 169 | 08/20/13 2:38 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "Ok see u tomorrow" | Wutoh SMS Messages Page 681 / Wutoh Cellbright 297 |
| 170 | 08/22/13 8:08 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "U said cheese two days go" | Wutoh Cellbrite 873 |
| 171 | 08/22/13 8:09 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "And my meds monday wassup" | Wutoh Cellbrite 873 |

DEFENDANT'S EXHIBIT NO. 1.18.6
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: Gov. Exhibit 40 at 15
ADMITTED:

0037
16-4796 Hightower

| # | Date/Time | From | To | CALL | Phone Call | Source |
|---|---|---|---|---|---|---|
| 172 | 08/23/13 5:13 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | | Wutoh Cellbrite 1095 |
| 173 | 08/23/13 5:46 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 12 sec | Wutoh Cellbrite 1095 |
| 174 | 08/27/13 8:05 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "Wassup man im really sick ok your lies" | Wutoh-Cellbrite 1939 |
| 175 | 08/27/13 8:26 p.m. | Wutoh Blackberry (410-977-8674) | Hightower (443-983-1240) | SMS | "Mycrolog 70/30 pens" | Wutoh Cellbrite 1939 |
| 176 | 08/28/13 12:13 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "And cheese?" | Wutoh Cellbrite 685 |
| 177 | 08/28/13 3:22 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "I need more C and V but mostly Cs" | Wutoh Cellbrite 685 |
| 178 | 08/28/13 5:17 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "Wassup man I need to see you" | Wutoh Cellbrite 685 |
| 179 | 08/28/13 6:51 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "WHEN" | Wutoh Cellbrite 685 |
| 180 | 08/28/13 6:56 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "How many" | Wutoh Cellbrite 685 |
| 181 | 08/28/13 7:02 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "120 v 220 c" | Wutoh Cellbrite 685 |
| 182 | 08/31/13 7:45 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "Do you still have the 190 Mercedes" | Craford 5540 Cellbrite |
| 183 | 8/31/13 10:35 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "I'm supposed to see Moe about it Monday. If I could only walk" | Crawford 5540 Cellbrite |
| 184 | 08/31/13 10:40 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "I haven't seen some cars for 4-6 years" | Crawford 5540 Cellbrite |
| 185 | 09/01/13 8:11 a.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "Do you still own them are were they taken away from you" | Crawford AT&T Invoice Page 1/5540 Cellbrite |
| 186 | 09/01/13 8:55 a.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "I own them minus storage" | Crawford AT&T Invoice Page 1/5540 Cellbrite |
| 187 | 09/1/13 8:55 a.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "I guess" | 5540 Cellbrite |

DEFENDANT'S EXHIBIT NO. 1, 18.7
CASE NO. : MJG-15-322/GJH-15322
IDENTIFICATION : GOV_EXHIBIT 40 at 16
ADMITTED :

0038
16-4796 Hightower

| # | Date/Time | From | To | Type | Content | Source |
|---|---|---|---|---|---|---|
| 215 | 09/05/13 2:00 p.m. | Crawford (443-756-5540) | Hightower (443-983-1240) | CALL | Duration: 2 min. | Crawford AT&T Invoice Page 4 |
| 216 | 09/05/13 2:04 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "Did my stuff come in" | Wutoh Cellbrite 688 |
| 217 | 09/05/13 4:17 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 3168 |
| 218 | 09/05/13 5:35 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 1 min. | Crawford AT&T Invoice Page 4 |
| 219 | 09/05/13 6:17 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 3193 |
| 220 | 09/05/13 6:19 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | ((blank message)) | Wutoh Cellbrite 688/3193 |
| 221 | 09/05/13 6:19 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 3193 |
| 222 | 09/05/13 6:54 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 54 sec | Wutoh Cellbrite 3197 |
| 223 | 09/05/13 8:15 p.m. | Wutoh Blackberry (410-977-8674) | Hightower (443-983-1240) | SMS | "I have 60 units. My guy is doing 30 per. This is your cheese. He is late." | Wutoh Cellbrite 704 |
| 224 | 09/05/13 8:20 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | ((blank message)) | Wutoh Cellbrite 689 |
| 225 | 09/05/13 9:55 p.m. | Wutoh Blackberry (410-977-8674) | Hightower (443-983-1240) | SMS | "Do you want the 60 units today if he cannot meet until tomorrow" | Wutoh Cellbrite 704 |
| 226 | 09/05/13 10:46 p.m. | Crawford (443-756-5540) | Hightower (443-857-4173) | SMS | "Did you get the bret" | Crawford AT&T Invoice Page 7/5540 cellbrite |
| 227 | 09/06/13 8:19 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 3260 |
| 228 | 09/06/13 8:20 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | ((blank message)) | Wutoh Cellbrite 3260 |
| 229 | 09/06/13 8:47 a.m. | Hightower (443-857-4173) | Crawford (443-756-5540) | SMS | "He put the order in" | Crawford AT&T Invoice Page 7/5540 cellbrite |
| 230 | 09/06/13 12:52 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 3344 |

DEFENDANT'S EXHIBIT NO. 1, 18, 9
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: GOV EXHIBIT 40 at 19
ADMITTED:

0041
16-4796 Hightower

| # | Date/Time | From | To | Type | Content / Duration | Source |
|---|---|---|---|---|---|---|
| 231 | 09/06/13 5:00 p.m. | Crawford (443-756-5540) | Hightower (443-983-1240) | CALL | Duration: 3 min. | Crawford AT&T Invoice Page 4 |
| 232 | 09/06/13 6:48 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "We are at DQ come down" | Crawford AT&T Invoice Page 7/5540 cellbrite |
| 233 | 09/06/13 6:58 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call, | Wutoh Cellbrite 3420 |
| 234 | 09/06/13 6:59 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | ((blank message)) | Wutoh Cellbrite 689 |
| 235 | 09/06/13 9:09 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "I don't want that. right now I tried to give u the benefit of the doubt but u didn't come thru I need that cheese no man I don't want units of anything I n" | Wutoh Cellbrite 689/3437 |
| 236 | 09/06/13 9:10 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "Im the only one who wasn't ready I need my money" | Wutoh Cellbrite 689/3437 |
| 237 | 09/06/13 9:11 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "eed to close this deal tomorrow u had me looking crazy and embarrassed talking about buying a house wit no money and they had their lawyer there and all" | Wutoh Cellbrite 689/3437 |
| 238 | 09/07/13 8:30 p.m. | Wutoh | Tony Wutoh (410-804-3513) | SMS | "Tell Nadya happy birthday?" | Tony Wutoh Phone Screenshots |
| 239 | 09/07/13 8:31 p.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | "Okay thanks.  Call her 301 526 6641" | Tony Wutoh Phone Screenshots |
| 240 | 09/08/13 10:50 a.m. | Hightower (443-857-4173) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 3665 |
| 241 | 09/09/13 8:39 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | "Wheres my cheese man I don't have time for these games" | Wutoh Cellbright 690 |
| 242 | 09/09/13 8:52 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | ((blank message)) | Wutoh Cellbrite 4697 |
| 243 | 09/09/13 11:45 a.m. | Crawford (443-756-5540) | Hightower (443-983-1240) | CALL | Duration: 5 min. | Crawford AT&T Invoice Page 4 |

DEFENDANT'S EXHIBIT NO. 1 18 . 10
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION : GOV EXHIBIT 40 at 20
ADMITTED :

0042

16-4796 Hightower

0043
16-4796 Hightower

| No. | Date/Time | From | To | Type | Content | Reference |
|---|---|---|---|---|---|---|
| 244 | 09/09/13 12:06 p.m. | Crawford (443-756-5540) | Hightower (443-983-1240) | CALL | Duration: 1 min. | Crawford AT&T Invoice Page 4 |
| 245 | 09/09/13 12:08 p.m. | Crawford (443-756-5540) | Hightower (443-983-1240) | SMS | Call me | Crawford AT&T Invoice Page 8/5540 Cellbrite |
| 246 | 09/09/13 12:20 p.m. | Crawford (443-756-5540) | Crawford (443-983-1240) | CALL | Duration: 15 min. | Crawford AT&T Invoice Page 4 |
| | 09/09/13 1:29 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "Call me" | Wutoh Cellbright 690 |
| 247 | 09/09/13 6:27 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 1 min. | Crawford AT&T Invoice Page 4 |
| 248 | 09/09/13 7:25 p.m. | Hightower (443-983-1240) | Wutoh blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 3814 |
| 249 | 09/10/13 2:51 p.m. | Crawford (443-756-5540) | Hightower (443-983-1240) | CALL | Duration: 7 min. | Crawford AT&T Invoice Page 5 |
| 250 | 09/11/13 6:06 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 1 min. | Crawford AT&T Invoice Page 5 |
| 251 | 09/13/13 8:51 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 4697 |
| 252 | 09/13/13 8:52 a.m. | Hightower (443-983-1240) | Wutoh Blackberry (40-977-8674) | SMS | ((blank message)) | Wutoh Cellbrite 693 |
| 253 | 09/14/13 2:40 p.m. | Hightower (443-857-4173) | Crawford (443-756-5540) | CALL | Duration: 1 min. | Crawford AT&T Invoice Page 5 |
| 254 | 09/14/13 8:05 p.m. | Crawford (443-756-5540) | Hightower (443-983-1240) | SMS | "Come inside" | Crawford AT&T Invoice Page 8/5540 Cellbrite |
| 255 | 09/14/13 10:54 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | "David I am worried about you give me a call" | Crawford AT&T Invoice Page 8/5549 Cellbrite/Wutoh Cellbrite 693 |
| 256 / 257 | 09/15/13 12:12 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 1 min. | Crawford AT&T Invoice Page 5 |

DEFENDANT'S EXHIBIT NO. 1, 18, 11
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: GOV. EXHIBIT 40 at 21
ADMITTED:

| # | Date/Time | From | To | Type | Content | Description |
|---|---|---|---|---|---|---|
| 258 | 09/15/13 12:13 p.m. | Crawford (443-756-5540) | Wutoh Blackberry (410-977-8674) | SMS | ((blank message)) | Wutoh Cellbrite 693 |
| 259 | 09/16/13 12:19 a.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "Ill call you tomorrow been having breathing issues" | Crawford AT&T Invoice Page 8/5540 Cellbrite |
| 260 | 09/16/13 12:28 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 5292 |
| 261 | 09/16/13 12:29 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8675) | SMS | ((blank message)) | Wutoh Cellbrite 5292 |
| 262 | 9/16/13 2:56 p.m. | Matthew Hightower (443-857-4173) | Zantia Jones (443-739-9092) | CALL | Outgoing Phone Call | 4173 T-Mobile records |
| 263 | 9/16/13 4:35 p.m. | Matthew Hightower (443-857-4173) | Zantia Jones (443-739-9092) | CALL | Outgoing Phone Call | 4173 T-Mobile records |
| 264 | 9/16/13 4:56 p.m. | Matthew Hightower (443-857-4173) | Zantia Jones (443-739-9092) | CALL | Outgoing Phone Call | 4173 T-Mobile records |
| 265 | 09/16/13 7:38 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Missed phone call | Wutoh Cellbrite 5362 |
| 266 | 09/16/13 7:38 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 34 sec. | Hightower 1240 T-Mobile Record |
| 267 | 09/17/13 12:19 a.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "Ill call you tomorrow been having breathing issues" | Wutoh Cellbrite 709 |
| 268 | 09/17/13 12:20 a.m. | Wutoh Blackberry (410-977-8674) | Hightower (443-983-1240) | SMS | "Ill call you tomorrow been having breathing issues" | Wutoh Cellbrite 709 |
| 269 | 09/17/13 9:21 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "I have emergency eye surgery scheduled this week." | Crawford AT&T Invoice Page 8/5540 Cellbrite |
| 270 | 09/17/13 9:22 p.m. | Wutoh Blackberry (410-977-8674) | Tony Wutoh (410-804-3513) | SMS | "I have eye surgery scheduled this week." | Tony Wutoh Phone Screenshots |
| 271 | 09/17/13 9:22 p.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | "What's wrong with your eye?" | Tony Wutoh Phone Screenshots |
| 272 | 09/17/13 9:26 p.m. | Wutoh Blackberry (410-977-8674) | Tony Wutoh (410-804-3513) | SMS | "RetinoPathy" | Tony Wutoh Phone Screenshots |
| 273 | 09/17/13 9:46 p.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | "Which eye or both?" | Tony Wutoh Phone Screenshots |

DEFENDANT'S EXHIBIT NO. 1, 18, 18

CASE NO.: MJG-15-322/GJH-15322

IDENTIFICATION : Gov. EXHIBIT 40 at 22

ADMITTED :

Page 22 of 27

0044

16-4796 Hightower

| # | Date/Time | From | To | Type | Content / Duration | Source |
|---|---|---|---|---|---|---|
| 288 | 09/19/13 3:49 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 2 min, 10 sec. | Wutoh Blackberry Examination Report Pg 30 Cellbrite |
| | 09/19/13 3:51 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 1 min, 2 sec. | Cricket Wireless for 8674 Page 11 Blackberry Examination Report Pg 30 Cellbrite |
| 289 290 | 09/19/13 3:54 p.m. | Hightower (443-983-1240) | Wutoh Blackberry (410-977-8674) | SMS | ((blank message)) | Wutoh Cellbrite 6103 |
| 291 | 09/19/13 6:47 p.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | "David just called to check on you I'll try again later." | Tony Wutoh Phone Screenshots |
| 292 | 09/20/13 10:53 a.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | "No meds today but BP 84/50 @ eye specialist BP been very low" | Tony Wutoh Phone Screenshots |
| 293 | 09/20/13 11:18 a.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | "Will that prevent procedure? Have you been eating okay?" | Tony Wutoh Phone Screenshots |
| 294 | 09/20/13 11:34 a.m. | Hightower (443-857-4173) | Wutoh Blackberry (410-977-8674) | CALL | Duration: 39 sec. | Hightower (4173) T-Mobile Record Page 279 Cricket Wireless for 8674 Page 11 |
| 295 | 09/20/13 11:54 a.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | "No doc decided to wait damage not that bad" | Tony Wutoh Phone Screenshots |
| 296 | 09/20/13 12:57 p.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | "Are you having vision disturbance, blind spots, or trouble focusing?" | Tony Wutoh Phone Screenshots |
| 297 | 09/20/13 3:10 p.m. | Zantia Jones (443-739-9092) | Hightower (443-857-4173) | MMS | Incoming | 4173 T-Mobile records |
| 298 | 09/20/13 3:11 p.m. | Hightower (443-857-4173) | Zantia Jones (443-739-9092) | SMS | Outgoing | 4173 T-Mobile records |
| 299 | 09/20/13 5:35 p.m. | Hightower (443-857-4173) | Zantia Jones (443-739-9092) | SMS | Outgoing | 4173 T-Mobile records |

DEFENDANT'S EXHIBIT NO. 1, 18.13
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION : GOV. EXHIBIT 40 at 24
ADMITTED :

0046
16-4796 Hightower

| No. | Date/Time | From | To | Type | Direction / Notes | Source |
|---|---|---|---|---|---|---|
| 300 | 09/20/13 5:35 p.m. | Hightower (443-857-4173) | Zantia Jones (443-739-9092) | SMS | Outgoing | 4173 T-Mobile records |
| 301 | 09/20/13 6:13 p.m. | Zantia Jones (443-739-9092) | Hightower (443-857-4173) | CALL | Duration: 539 sec. | 4173 T-Mobile records |
| 302 | 09/20/13 7:10 p.m. | Wutoh Blackberry (410-977-8674) | Crawford (443-756-5540) | SMS | "Still thinking the Arbors?" | Crawford AT&T Invoice Page 9/5540 Cellbrite |
| 303 | 09/20/13 8:35 p.m. | Zantia Jones (443-739-9092) | Hightower (443-857-4173) | CALL | Duration: 37 sec. | 4173 T-Mobile records |
| 304 | 09/20/13 9:53 p.m. | Zantia Jones (443-739-9092) | Hightower (443-857-4173) | CALL | Duration: 42 sec. | 4173 T-Mobile records |
| 305 | 09/20/13 10:18 p.m. | Hightower (443-857-4173) | Zantia Jones (443-739-9092) | CALL | Duration: 18 sec. | 4173 T-Mobile records |
| 306 | 09/21/13 11:52 a.m. | Tony Wutoh (410-804-3513) | Wutoh Blackberry (410-977-8674) | SMS | [Picture] "Remember Eddie Jemigan? Kevin Washington getting married today. Will send pics." | Tony Wutoh Phone Screenshots |
| 307 | 09/21/13 1:48 p.m. | Hightower (443-857-4173) | Zantia Jones (443-739-9092) | SMS | Outgoing | 4173 T-Mobile records |
| 308 | 09/21/13 1:50 p.m. | Zantia Jones (443-739-9092) | Hightower (443-857-4173) | SMS | Incoming | 4173 T-Mobile records |
| 309 | 09/21/13 1:51 p.m. | Hightower (443-857-4173) | Zantia Jones (443-739-9092) | SMS | Outgoing | 4173 T-Mobile records |
| 310 | 09/21/13 1:52 p.m. | Zantia Jones (443-739-9092) | Hightower (443-857-4173) | SMS | Incoming | 4173 T-Mobile records |
| 311 | 09/21/13 1:53 p.m. | Hightower (443-857-4173) | Zantia Jones (443-739-9092) | SMS | Outgoing | 4173 T-Mobile records |
| 312 | 09/21/13 1:54 p.m. | Zantia Jones (443-739-9092) | Hightower (443-857-4173) | SMS | Incoming | 4173 T-Mobile records |
| 313 | 09/21/13 1:54 p.m. | Zantia Jones (443-739-9092) | Hightower (443-857-4173) | SMS | Incoming | 4173 T-Mobile records |

DEFENDANT'S EXHIBIT NO. 1, 18, 14
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: GOV. EXHIBIT 40 at 25
ADMITTED: _____

0047
16-4796 Hightower