EXHIBIT NO. 1

MVA RECORDS    70 - 70.6

**Motor Vehicle Administration**
Glen Burnie, Maryland 21062

VR-005 (05-11)

# APPLICATION FOR CERTIFICATE OF TITLE

READ INSTRUCTIONS ON REVERSE SIDE

**APPLICANT'S FIRST NAME / MIDDLE / LAST:** MATTHEW HIGHTOWER INC

**APPLICANT'S SOUNDEX/MARYLAND DRIVER LICENSE NO.:** Z975002496645

**APPLICANT'S STREET ADDRESS / CITY OR TOWN:** 2909 FALLSTAFF RD APT 28 BALTIMORE

**STATE / ZIP CODE:** MD 21209

## VEHICLE DESCRIPTION

- USED VEHICLE [X]
- MODEL YEAR: 2004
- MAKE OF VEHICLE: CHEV
- VEHICLE IDENTIFICATION NUMBER: 1GCHK23U34F236622
- BODY STYLE: TK

Lien section: NONE

## PURCHASE INFORMATION FOR TAX PURPOSES

- MD. EXCISE TAX 6% OF: $ 500.00 FULL PURCHASE PRICE
- Date of Delivery: 09/21/2013
- DEALER'S NUMBER: N_U
- NAME OF DEALERSHIP: BALTIMORE AUTO SALES TS0413
- CERTIFIED SELLING PRICE: 500.00
- TRADE-IN ALLOWANCE: 0.00
- TAXABLE PRICE: 640.00 (appears as written)
- GROSS TAX COLLECTED: 38.40
- NET TAX REMITTED: 38.40

## APPLICATION FOR NEW REGISTRATION PLATES OR TRANSFER OF REGISTRATION PLATES

New Tags [X]

Name of Insurance Co.: GEICO GENERAL INS CO
Policy or Binder No.: 4312333034

ODOMETER READING: 200000 (NO TENTHS)

Signature of Applicant: Matthew Hightower Inc

DEFENDANT'S EXHIBIT NO. 1, 70
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: MVA RECORDS - TAG/TITLE APPLICATIONS
ADMITTED:

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR VOID

F000693

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1GCHK23034F236622 | 04 | CHEV | TK | | 144329 | A | 64400167 |

| EXCEPT | GR. WEIGHT | GR. COMB WT | TAXES | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | 01500 | 00N/A | $13.75 | 03/06/13 | 03/07/13 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO.
J-520-714-452-881

NAME(S) AND ADDRESS OF REGISTERED OWNER(S)
ZANTIA JERNINE JONES
3913 BARRINGTON RD
GWYNN OAK    MD 21207-7602

ODOMETER CODES
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

CONTROL NO.
(This is not a Title No.)
CE0000693
F000693

I, THE UNDERSIGNED, HEREBY CERTIFY THAT AN APPLICATION FOR CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON, PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS STATE, AND THE APPLICANT NAMED ON THE FACE HEREOF HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE.

THE ADMINISTRATION WILL NOT BE RESPONSIBLE FOR FALSE OR FRAUDULENT ODOMETER STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE OR FOR ERRORS MADE IN RECORDING BY THE ADMINISTRATION.

NAME(S) AND ADDRESS OF SECURED PARTIES IN RECORDED ORDER

LIEN RELEASE

MVA USE ONLY
OFFICIALLY ISSUED ON THE DATE SET FORTH ABOVE

*[signature]*
ADMINISTRATOR OF MOTOR VEHICLES
CONTROL NO.

DEFENDANT'S EXHIBIT NO. 1, 70.1
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: MVA RECORDS - TITLE FRONT
ADMITTED:

Maryland Certificate of Title (MVA form) — mostly illegible.

**Assignment of Ownership:**
- Address of Buyer: 2909 Falstaff Rd. Apt. 28
- Odometer Reading: 200,000 (no tenths)
- Selling Price: [illegible]
- Date of Sale: [illegible]

DEFENDANT'S EXHIBIT NO. 1, 70.2
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: MVA RECORDS-TITLE BACK
ADMITTED: ____

**MVA**
Motor Vehicle Administration
6601 Ritchie Highway, N.E.
Glen Burnie, Maryland 21062

VR-129 (06-12)

## Temporary Inspection Waiver

**Fee: $20.00**
Non Refundable

### Section A - To be completed by all applicants regardless of reason for waiver

**Description of Vehicle:**

| Year | Make | Model | Vehicle Identification Number | FEIN # |
|---|---|---|---|---|
| 2004 | CHEV | | 1GCHK23U34F236622 | |

Full Name of Vehicle Owner: MATTHEW HIGHTOWER INC

Full Name of Vehicle Co-Owner:

Owner's Street Address: 2909 FALLSTAFF RD APT 28

Co-Owner's Street Address:

| City | County | State | Zip Code |
|---|---|---|---|
| BALTIMORE | | MD | 21209 |

**Certification of Insurance:** The vehicle described above is covered by personal injury and property damage insurance in the minimum amounts required by the laws of Maryland.

Insurance Company: GEICO GENERAL INS CO
Policy/Binder Number: 4312333034
Agent/Broker:

**Odometer Mileage upon Transfer of Ownership** (required by federal/state regulations):

Odometer reading is ___200000___ (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.   Warning - Odometer Discrepancy

**Reason for Waiver Request:**
☐ I am a Maryland resident and a member of the U.S. Armed Forces stationed outside of Maryland.   (use section B)

### Section B - To be completed by Maryland members of the U.S. Armed Forces assigned out of state

I certify that I am a member of the U.S. Armed Forces officially assigned to duty at the following military base.

Name/Location of Base _____

Military Address _____   Maryland Tag # _____

I request an inspection waiver due to the above information. Upon returning to Maryland, I will have the vehicle inspected at an authorized Maryland safety inspection station.

Signature of Serviceman _____ Printed Name _____ Date _____

The above named serviceman is assigned to official duty at the above named military base.

Signature of Commanding Officer (rank) _____ Printed Name _____ Date _____

### Section C - To be completed by applicants for transportation to a Maryland inspection station

Means by which to transport my vehicle to an authorized Maryland inspection station are unavailable. I understand that one 30 day temporary registration will be issued for the purpose of transporting the vehicle to and from an inspection station or weigh station or both.

**TEMPORARY EXPIRATION DATE** ___10/21/13___

Owner's Signature: *[signed] Matthew Hightower Inc*   Date: _____

Co-Owner's Signature: _____   Date: _____

Owner's Printed Name: _____

DEFENDANT'S EXHIBIT NO. 1, 70.3
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: MVA RECORDS-WAIVER
ADMITTED: _____

For more information, please call: 1-800-950-1MVA (1682) or from Out-of-State: 1-301-729-4550, TTY for the hearing impaired: 1-800

```
9/21/13                 Title / Registration Receipt
Terminal: 1380
Agent ID: 1

MATTHEW HIGHTOWER INC

Trans Date       09/21/13              Lien Fees              0.00
Trans ID         DMVBAL13264003        Title Fee            100.00
Trans Type       T4                    Registration           0.00
Title Number     45016702              Reg Surcharge          0.00
                                       Tag Transfer           0.00
Class / (Tag)    EBY / (91916CE)       Special Plates        20.00
Sticker          1959157               Dealer Titling        12.55
Insticker                              Tire Recycling         0.00
                                       Temp Registration     20.00
Vehicle ID Number  1GCHK23U34F236622   Total Registration   152.55
                                       Sales Taxes           38.40
First Lien ID                          TOTAL FEES           190.95


TEMP DATE        10/21/13

Dealer Soundex:  X800014000413
Dealer Name:     BALTIMORE AUTO SALES INC
Dealer Number:   TS0413
```



DEFENDANT'S EXHIBIT NO. 1, 70.4
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: MVA RECORDS - 9/21 RECEIPT
ADMITTED:



# INSPECTION CERTIFICATE

MARYLAND STATE POLICE
MVA COPY
NO. 5052096

THIS IS TO CERTIFY THAT THE FOLLOWING DESCRIBED VEHICLE

HAS BEEN INSPECTED BY A DULY AUTHORIZED REPRESENTATIVE OF THE INSPECTION STATION NAMED HEREON AND SUCH STATION HOLDS A CURRENT, VALID LICENSE, PURSUANT TO THE APPLICABLE PROVISIONS OF TRANSPORTATION ARTICLE, ANNOTATED CODE OF MARYLAND. IT HAS BEEN DETERMINED THAT THE SAFETY EQUIPMENT OF THE DESCRIBED VEHICLE, AS SPECIFIED BY LAW, MEETS WITH OR EXCEEDS THE MINIMUM SAFETY STANDARDS.

STATION STAMP: BEST AUTO CENTER, 1901 WILKENS AVENUE, BALTIMORE, MD 21223 8484A

I certify under Penalty of Perjury that the statements made herein, and on the corresponding MV Inspection Report, are true and correct and that the vehicle meets with or exceeds the minimum safety standards.

Signature of Registered Inspection Mechanic
Printed Name: Nohman Malik

FOR MVA USE ONLY
TAG
TITLE

ANY ERASURE, STRIKE OVER OR STRIKE OUT NOT AUTHORIZED BY THE AUTOMOTIVE SAFETY ENFORCEMENT DIVISION OF THE MARYLAND STATE POLICE OR M.V.A. WILL VOID THE CERTIFICATE.
MSP 23-63 (04/08)    SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS

---

New Option – RENEW ONLINE at www.MVA.Maryland.gov

Check here ☐ to request new plates, add $20.00 to the FEE. Check here ☐ to request an additional registration card, add $5.00 to the FEE.

| CLASS | TAG NO | TITLE NO | MAKE AND BODY STYLE | VEHICLE ID NUMBER | YEAR | FEE | CURRENT EXPIRATION |
|---|---|---|---|---|---|---|---|
| EBY | 91916CE | 45016702 | CHEV TK | 1GCHK23034F236622 | 04 | 181.50 | 10/31/2013 |

| EMPTY WT | GR. COMB. WT | EXC | OWNER'S DRIVER'S LIC / SOUNDEX NO | CO-OWNER'S DRIVER LIC / SOUNDEX NO | NAME OF INSURANCE CO. AS SHOWN ON POLICY |
|---|---|---|---|---|---|
| 07000 | 00 | N/A | N/A | Z975002496645 | GEICO CASUALTY CO |

POLICY OR BINDER NUMBER: 4312333034

MATTHEW HIGHTOWER INC
2909 FALLSTAFF RD APT 28
BALTIMORE  MD  21209 3593

NAME OF AGENT OR BROKER

GRAY AREAS FOR YOUR CORRECTIONS
OWNER ADDRESS CORRECTION
STREET ADDRESS
CITY | COUNTY | STATE | ZIPCODE

CERTIFICATIONS
FOR VEHICLES REGISTERED OVER 10,000 lbs.
By signing this application I certify knowledge of the Federal and State motor carrier safety laws and further certify this vehicle is maintained in compliance with the Maryland Preventive Maintenance Program.
INSURANCE: I/we certify under the penalty of law that the vehicle noted on the form hereof is covered by at least the minimum amounts of insurance required by the Maryland Motor Vehicle Laws and further certify that this vehicle will be continuously insured throughout the registration period. This certification may be used for insurance verification purposes.

Notice:
If you currently have an outstanding debt due to a returned check on file with the MVA, we will not accept a personal check for this transaction.

OWNER SIGNATURE: Matthew Hightower Inc   DATE: 10/24/13
CO-OWNER SIGNATURE   DATE

DO NOT WRITE BELOW THIS LINE    MARYLAND VEHICLE REGISTRATION RENEWAL NOTICE VR-1S (8/11)    DO NOT WRITE BELOW THIS LINE
1 0  EBYN/A91916CE450167020181501013EBYN/A91916CE450167020181501013

---

UPPER HALF —
DEFENDANT'S EXHIBIT NO. 1, 70.5
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: MVA RECORDS - INSPECTION
ADMITTED: 10/23/13 CERTIFICATE

LOWER HALF —
DEFENDANT'S EXHIBIT NO. 1, 70.5
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: MVA RECORDS - 9/21·30 DAY
ADMITTED: TEMP REGISTRATION

```
10/24/13
Terminal: 1380
Agent ID: 1


MATTHEW HIGHTOWER INC


Trans Date          10/24/13
Trans ID            DMVBAL13297007
Trans Type          SR                      Registration           127.50
Title Number        45016702                Reg Surcharge           34.00
Class / Tag         EBY / 91916CE           Special Plates           0.00
Sticker             1144602                 MVA Fee                  0.00
                                            Temp Registration        0.00
                                            Total Registration     161.50
Vehicle ID Number   1GCHK23U34F236622
                                            Admin Flag Fee           0.00
                                            Dealer Titling           5.50
                                            TOTAL FEES             167.00
First Lien ID



Dealer Soundex:     X800014000413
Dealer Name:        BALTIMORE AUTO SALES INC
Dealer Number:      TS0413
```

DEFENDANT'S EXHIBIT NO. 1, 70.6
CASE NO.: MJG-15-322/GJH-15322
IDENTIFICATION: MVA RECORDS 10/24 RECEIPT
ADMITTED:

